


United States Department of State

*Washington, D.C. 20520*

August 25, 2015

## CERTIFICATION FOR THE MARITIME DRUG LAW ENFORCEMENT ACT CASE INVOLVING GO FAST VESSEL DILAN (WITHOUT NATIONALITY)

I, Commander Gregory M. Tozzi, USCG, declare as follows:

1. That I have been assigned as the Coast Guard Liaison Officer to the Bureau of International Narcotics and Law Enforcement Affairs, U.S. Department of State, since August 1, 2014.

2. That in my official capacity, I have been designated by the Secretary of State, through the Assistant Secretary of State for International Narcotics and Law Enforcement Affairs, to make certifications under 46 U.S.C. §§ 70502(c)(2) & (d)(2) and 18 U.S.C. § 2237(d) .

3. That I make the following statements based upon my personal knowledge and upon information furnished to me in the course of my official duties.

4. I certify the following:

a. On July 18, 2015, United States law enforcement personnel detected a go-fast vessel approximately 210 nautical miles south of the Puerto Escondido, Mexico and seaward of the territorial sea of any State. United States law enforcement personnel suspected the vessel of illicit drug trafficking because of the vessel's type and its presence in a known drug trafficking area. The vessel failed to comply with an order to heave to. United States law enforcement personnel employed warning shots to stop the vessel. The master made a verbal claim of Mexican nationality for the vessel. No registration documents were provided to or located by United States law enforcement personnel at that time.

b. On July 18, 2015, of the United States requested that the Government of Mexico confirm the registry or nationality of the suspect vessel and, if confirmed, grant authorization to stop, board, and search the vessel.

c. On July 18, 2015, the Government of the Mexico replied that it could neither confirm nor deny the vessel's nationality.

d. Accordingly, the Government of the United States determined the vessel was without nationality in accordance with 46 U.S.C. § 70502(d)(1)(C), rending the vessel subject to the

Exhibit B

15052794-2

# United States of America



## DEPARTMENT OF STATE

### To all to whom these presents shall come, Greetings:

That Gregory M. Tozzi, whose name is subscribed to the document hereunto annexed, a[t the] time of subscribing the same Commander, U.S. Coast Guard Maritime Law Enforcement [and U.]S. Coast Guard Liaison Officer to the Bureau of International Narcotics and Law [Enfo]rc[emen]t Affairs, Department of State, United States of America, and that full faith and credit are [due t]o [his ac]ts as such.

*[This] certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, John F. Kerry, Secretary of State, have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this twenty-fifth day of August, 2015.

*Issued p[ursua]nt to CHX[... A]c[t] of Sept. 1[5, 178]9, 1 Stat. [68, ]22 USC 26[55,] USC 2651[, 5 U]SC 301; 28 [USC] 1733 et. se[q., U]SC 1443(f); [Rule] 44 Federa[l Rules] of Civil Pr[ocedure].*

_____
Secretary of State

By_____
Assistant Authentication Officer,
Department of State

Exhibit B

jurisdiction of the United States pursuant to 46 U.S.C. § 70502(c)(1)(A) and 18 U.S.C. § 2237(e).

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2015

*[signature]*
Gregory M. Tozzi
Commander, U. S. Coast Guard
Maritime Law Enforcement Officer
U. S. Coast Guard Liaison Officer to the Bureau of
International Narcotics and Law Enforcement Affairs
U. S. Department of State

Exhibit B