# CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS

I, the undersigned, _____Ingrid Gudiño_____, with the understanding that I am subject to criminal penalty under the laws of Panama for an intentionally false declaration, declare that I am: employed by/associated with <u>Compañia Panameña de Aviación, S.A. (Copa Airlines)</u> in the position of <u>Directora de Aplicaciones e Informacion</u> and by reason of my position am authorized and qualified to make this declaration.

I further declare that the documents provided to the Drug Enforcement Administration pursuant to Subpoena No. G6-16-190038 (See attached Excel file) are original records or true copies of records which:

1. were made at or near the time of the occurrence of the matters set forth therein, by (or from information transmitted by) a person with knowledge of those matters;

2. were kept in the course of regularly conducted business activity;

3. were made by the said business activity as a regular practice; and,

4. if not original records, are duplicates of original records.

The originals or duplicates of these records are maintained in the country of __Panamá_____.

Date of execution: __January 7th, 2016____

Place of execution: Panamá

Signature: _[signature]_

**Ingrid Gudiño**
Directora de Aplicaciones e
Información
Copa Airlines

1