EXHIBIT

A



| | CERTIFICACION LABORAL | | |
|---|---|---|---|
| **Fecha:** 2010/12/20 | **Cód.:** RC-GH-22 | **Versión:** 2 | **Página:** 1 / 1 |

## EL DEPARTAMENTO DE GESTION HUMANA DE
## SEV LTDA
## NIT 800.165.001-8

### CERTIFICA QUE:

El (la) señor(a) **JOHN FREDY PINEDA TORRES** *identificado (a) con cédula de* ciudadanía **No 94.428.736 de Cali,** laboro en nuestra compañia desde **OCTUBRE 02 DEL 2014 HASTA JUNIO 16 DEL 2015,** desempeñando el cargo de **GUARDA DE SEGURIDAD** Con un salario mensual de **OCHOCIENTOS VENTIUN MIL TRECIENTOS SETENTA PESOS MCTE ($821.370)** Con contrato a termino fijo inferior a un año.

Para constancia de lo anterior se firma en la ciudad de Santiago de Cali a los **(29)** días del mes de **JUNIO DE 2016.**

**OBSERVACIONES: Además tuvo los siguientes contratos:**

28/08/2010 HASTA 27/08/2011
16/09/2011 HASTA 15/09/2012
01/10/2012 HASTA 28/09/2013
09/10/2013 HASTA 01/10/2014

Atentamente,

**CINDY LEON**
**Dpto. Gestión Humana**

ELABORO CINDY LEON

| Labor Certification Translation | | | |
|---|---|---|---|
| Date: 12/20/2012 | COD: RC-GH-22 | Version: 2 | Page: 1/1 |

The Department of Human Resources
SEV LTDA (Surveillance Services)
Nit: 800.165.001-8

Certifies that

Mister John Fredy Pineda Torres has the identity card number 94.428.736 from Cali, worked in our company from October 2, 2014 until June 16, 2015, carrying out the position of security guard with a monthly salary of eight hundred twenty-one dollars and thirty seven cents ($821.370) with fixed term contracts of less than one year.

To witness whereof is signed in the city of Santiago on the 29th day of the month of June, 2016.

Observation: He also had the following contracts:

08/28/2010 until 08/27/2011
09/16/2011 until 09/15/2012
10/01/2012 until 09/28/2013
10/09/2013 until 10/01/2014

# EXHIBIT

# B

Cali valle 15 de junio del 2016

Respetada Sra. juez cordial saludo.

Soy Fanelly Montaño Rodríguez la esposa de John Fredy Pineda.

Soy una esposa y madre que todavía no asimila lo que está pasando de un momento a otro me encuentro sola con 4 niños a cargo y sin tener una base de por dónde empezar.

Hay que pagar el arriendo, los servicios públicos y rebuscarse el dinero diario para alimentar a los niño y el solo pensar de que tu esposo está en una prisión en un país muy lejos y que no conoces; y los niños preguntando por su papá y uno sin saber que responderles es muy deprimente.

Sra. juez el flaco era todo para nosotros es la columna vertebral de este hogar hay unos niño que están sufriendo y sin tener la culpa porque simplemente aman a su papá.

No sé cómo el flaco llego a meterse en este problema pero quiero decirle, Sra. juez que él es un gran ser humano excelente padre muy buen hijo y buen esposo por favor Sra. juez quisiera tener la forma de llegarle a su corazón y suplicarle dé que miren bien nuestra situación, es difícil, somos desplazados por la violencia y por mas puerta que tocamos el gobierno no ayuda llevamos 12 años esperan do un auxilio para vivienda que no sé cuándo llegara y sin uno poder volver a su tierra porque la guerrilla le tiene invadido sus terrenos no sé quién tiene la culpa pero quiero que por favor entienda el flaco solo es una víctima más de la situación que estamos viviendo los colombianos.

Sra. juez en el nombre de DIOS yo le imploró a usted que sabe de leyes y derechos humanos que analicé minuciosamente porque la verdad tanto mi esposo como mis hijos y yo somos víctimas de la situación. El error del flaco fue haber ido a su tierra donde se crio a ver unos terrenos y a limpiarlos porque pensábamos que ya se había calmado la situación porque como están en diálogos con el gobierno pero no fue así como usted sabe es una una zona que está llena de guerrilleros y paramilitares y amenazan a las personas con matarlas si no hacen lo que ellos ordenan nunca pensamos que nos tocaría pasar por esta situación.

De pronto usted ha escuchado en las noticias donde hablan que Colombia está en guerra y el proceso de paz con la guerrilla, es debido a toda esta situación porque al parecer las personas comunes y corrientes como los campesinos y pescadores como somos nosotros no tenemos derecho a nada. La guerrilla los paramilitares y la delincuencia común nos tienen por las malas nosotros acá pensamos que lo que pudo haber pasado. Que fue amenazado; son personas que se cubren el rostro y armados te obligan hacer lo que ellos quieren o si no te matan a él o los familiares y es por eso que ellos no pueden hablar porque sus seres queridos están en peligro son miles de personas que secuestran a diario para pedir recompensa si ustedes vinieran a Colombia y estudiaran esas zonas se darían cuenta y entenderían a muchas personas que están con la misma situación que mi esposo.

Bueno mi querida juez no la quiero cansar con mis problemas quiero decirle que una familia entera está haciendo cadena de oración por usted para que DIOS la ilumine y pueda tomar la mejor decisión en el nombre de DIOS PADRE me despido que DIOS la acompañe y la proteja siempre.

Sra. juez soy Fanelly Montaño su amiga y si en algo le puedo servir con el mayor de los gustos estamos para servirle.

June 15, 2016

Respected Judge,

I'm Fanelly Montaño Rodriguez,  John Fredy Pineda's wife.


I am a wife and mother who still is getting used to what is happening from time to time. I find myself alone, with 4 kids, in charge and without knowing where to start.

I have to pay rent, utilities and daily spend money to feed the child with the thought that my husband is in prison in a country far away and having my children asking for their dad and not knowing how to respond is very depressing.

Judge, John Fredy Pineda was the backbone of this home. There are children who are suffering and without guilt because they simply love their dad.

I do not know how John Fredy Pineda got into  this problem but I want to tell you, Judge that he is a great father, excellent human being, very good son, and a good husband. Please Judge, would you reach into your heart.  Our situation is difficult, we are displaced by the violence. The government does not help.  No one could not return to their land because the guerrillas have invaded their land. I do not know whose fault it is but I want you please understand John Fredy Pineda is a victim of the situation we are living in as Colombians.

Judge,in the name of God I implore you.  I know that you know human rights laws and carefully analyze them because the truth is my husband and my children and I are victims of the situation. The error John Fredy Pineda did was to have gone to his homeland where he grew up to see some land and clean it because we thought the situation had already calmed because they are in talks with the government. But it was not calmed. As you know it is an area that is full of guerrillas and paramilitaries and they threaten people with death if they do not do what they ordered. I never thought we would go through this situation.

Recently you have heard on the news where they speak that Colombia is at war and the peace process with the guerrillas, is due to this situation because apparently the ordinary people like farmers and fishermen, like us, have the right to nothing. The guerrilla paramilitaries and common criminals have us in a bad place and we here wonder what could have happened. That was threatened; They are people who cover their faces and use armed force to get you to do what they want or if you do not, kill you or your family and that is why they cannot speak because their loved ones are at risk. If people came to Colombia and studied these areas you would realize and understand many people are in the same situation as my husband.

Well my dear judge I did not want to bore you with my problems. I want to say that a whole family is doing prayer chain for you so that God enlightens you and you can make the best decision in the name of God the Father. I leave that God accompany you and protect always.

EXHIBIT
C

Cordial Saludo:

Con el respeto que se merece me dirijo a usted Señor(a) Juez:

Mi nombre es Sandra Milena Pineda Torres hermana de John Freddy Pineda Torres que se encuentra recluido en Citrus country Jair EEUU el motivo de esta, es para pedirle que por favor se le realice un juicio compasivo a mi hermano no quiero justificar el motivo por el cual está recluido sabemos que es muy delicado además que el impacto que hace a la sociedad es muy desagradable, y somos conscientes; al igual que mi hermano tenemos hijos y no nos gustaría verlos jamás en esas circunstancias de drogadicción ni a otro ser humano; es muchísimo el daño que hace al interior de una familia. Estamos seguros que mi hermano John Freddy Pineda se encuentra en esta situación no porque el así lo haya querido no entendemos como ocurrió, pero si sabemos y conocemos muy bien a mi hermano y el nunca querría hacerle daño a nadie mucho menos a su familia porque de una u otra manera sus hijos también son los más afectados con todo esto que está sucediendo.

Hemos tratado de que los niños no miren las noticias donde salió su papa ni mucho menos las imágenes que es la manera como a él lo arrestaron señora juez es muy doloroso para nosotros, mi hermano no es un delincuente ni una mala persona es el hermano más cariñoso de todos los que tengo. Nos ha tocado un poco duro la vida, pero somos personas de bien con una madre ejemplar con buenos principios y él no se merece esto que le está pasando.

El mundo entero sabe la problemática de nuestro país, estamos de acuerdo con el proceso de paz, ya no queremos más víctimas, pero lo que no es justo es que las personas que realmente han sido víctimas de estos grupos armados sean los más afectados y los menos considerados por este gobierno, tenemos fe y mucha seguridad de que ustedes son personas justas y sensata y sabrán deducir entre personas de bien y de las que no son tan correctas, con la mano en el corazón le digo que mi hermano es una persona muy buena, correcto y que no le aria daño alguno a otro ser humano.

Señora usted no se imagina el dolor que estamos viviendo con esta situación ya la hemos vivido, y no soportamos más tanto dolor. Ver a nuestros sobrinos, esposa con tanta tristeza en sus ojitos y corazón al igual que mi madre que además se encuentra muy delicada de salud, solo quiere ver a sus hijos que un día levanto con tanto esfuerzo pero con mucha rectitud, formo buenos seres humanos trabajadores honestos, no es consecuente con esta realidad que nos ha tocado vivir y que no buscamos vivirla, consecuencia de esta problemática que se vive en el país, en donde los realmente culpables y dueños de sus actos corruptos siguen delinquiendo y buscando más víctimas haciendo más daño a la humanidad y lo peor es que ante esos corruptos no se pueda hacer nada porque a ellos no le temblaría la mano para hacerle daño a las familias igualmente que ellos no dan la cara para enfrentar sus acciones parecieran fantasmas.

Nuestro país es hermoso, rico en variedades de flora, fauna y demás, solo que no hemos tenido buenos gobernantes en donde a las personas buenas y correctas nos toca la peor parte, que es poco la ayuda e inversión que llega al campo, y es este el que abastece a las demás clases sociales con sus productos; la verdad yo no voy a cambiar esta problemática, pero usted si tiene en sus manos la oportunidad, facilidad, por decirlo así de ayudar a una persona buena cambiarle de forma positiva la vida a una familia Dios se lo sabrá recompensar.

*Por ultimo me despido señora juez con lagrima en mis ojos y con mucho dolor de ni siquiera poder verlo visitarlo y decirle animo hermano las personas buenas somos más y Dios está con nosotros no nos abandona.* Yo le aseguro mi hermano es inocente es un buen hombre, sé que usted no nos conoce pero Dios sabe que somos una familia que no le hace daño a sus semejantes, que siempre estamos tratando de evolucionar nuestro espíritu o energía, para hacer cosas buenas, queremos que nuestros hijos estudien salgan adelante de la mejor manera posible teniendo en cuenta que ante todo lo más importante es el AMOR al prójimo.

Atte.

Sandra Milena Pineda Torres.

# Letter from inmate John Pineda's Sister

Best regard:

With the respect you deserves I am writing to you Judge:

My name is Sandra Milena Pineda Torres, sister of John Freddy Pineda Torres who is being held in Citrus country Jail USA. The reason for this letter is to ask you to please him make a compassionate judgment. My brother does not want to justify why he is being held. We know this is very delicate and also that the impact it makes to society is very unpleasant; like my brother we have children and would not want to see them again in the circumstances of addiction or acting as another human being; it does much damage within a family. We are sure that my brother John Freddy Pineda is in this situation, however we do not understand how it happened, but we do know my brother very well and he would never want to hurt anyone, much less his family because one way or another his children are the most affected by all that is happening.

We have tried to make sure that children do not watch the news or know what is happening to their father, much less the images that show the way he was arrested. Judge, this is very painful for us, my brother is not a criminal or a bad person, he is the brother most loving of all I have. We have had a bit of a hard life, but we are good people with an exemplary mother with good principles and he does not deserve this happening.

The whole world knows the problems of our country, we agree with the peace process, and we do not want more victims, but what is not fair is that people who have actually been victims of these armed groups are the most affected and less considered by this government, we have faith and great confidence that you are fair and sensible people and can deduct between good people and those who are not so correct, with hand on heart I tell you that my brother is a very good person, correct and aria does not harm another human being.

Judge you don't know the pain we are living with in this situation and imagine how we lived, and we cannot support more such pain. Seeing our nephews,

and his wife with such sadness in their eyes and heart, as well as my mother, who is in very delicate health. My brother just wants to see his children one day wake up with so much effort but with great rectitude. I am from good human beings and honest workers, which is not consistent with this reality in which we live, and we do not seek to live in, because of this problem that exists in the country, where the really guilty have their corrupt acts and continue to commit crimes, searching for more victims, doing more harm to humanity, and the worst part is that in those corrupt areas, people cannot do anything because the corrupt did not have even a trembling hand while hurting families alike, that they do not give face to their actions and seem like ghosts.

Our country is beautiful, rich varieties of flora, fauna and others, only we have not had good rulers where the good and right people touch the worst part, which is little support and investment entering the country, and is this which caters to the other social classes with their products; to tell the truth I will not change this problem, but you do have in your hands the opportunity, ease, to help a good person and positively change the life of a family that God has rewarded him with.

Finally I leave Judge with tears in my eyes and with much pain, God is with us and will not abandon us. I assure you my brother is innocent is a good man, I know you do not know us but God knows we are a family that does not hurt their fellow men, we are always trying to evolve our spirit or energy to do good things, we want our children to study go forward in the best way possible given that above all the most important is the love of neighbor.


Sandra Milena Torres Pineda.

# EXHIBIT

# D

Señora juez:

Cordial saludo.

Con el respeto que usted se merece me dirijo a usted, soy la madre de John Fredy Pineda Torres el cual está recluido en la prisión de citrus country EEUU.

Señora juez, yo le ruego, le suplico que tenga compasión de mi hijo, estamos en manos de DIOS y de usted, John Fredy Pineda es un padre, un esposo, hijo y hermano excelente.

Hemos sido víctimas de la naturaleza por el terremoto en 1979 que ocurrió en la costa pacífica en donde mi esposo falleció y quede sola con 8 hijos y en embarazo.

El embarazo de John Fredy Pineda para mí fue de alto riesgo me encontraba muy enferma, cuando él nació se le diagnostico que tenía soplo en el corazón, él ahora se encuentra bien gracias a DIOS solo que él es un poco nervioso no soporta las alturas y eso me preocupa aún más.

pero a pesar de estos inconvenientes los he logrado sacar a delante con buenos principios y valores que les inculque, y les enseñe a trabajar honradamente, vivimos de la pesca y agricultura, tenemos una finca la cual nos ha tocado salir desplazados por la violencia por los grupos armados que se encuentran en este territorio, igual se nos hace difícil no volver a nuestra tierra y esporádicamente vamos a visitarla fue en una de esas visitas a su tierra donde John Fredy pineda mi hijo ya no volvió, no sé qué

sucedió pero de lo que si estoy segura es que mi hijo es un hombre de bien, trabajador y honrado y no le aria daño a ningún ser humano, tiene hijos y sabemos el dolor que causan las drogas lastimosamente en nuestro país los que tienen el poder se vuelven dueños de las vidas y toman las decisiones por las personas que a ellos se les antoje y lo peor es que uno no se pueda resistir a eso porque se nos llevan la vida si a ellos les place. Es por eso que me atrevo a pedirles que por favor consideren su veredicto condenatorio le aseguro que solo hemos sido víctimas.

Soy una madre que sufre por la ausencia de su hijo, nosotros no elegimos vivir esta situación le hablo con la mano en el corazón por favor deseo con toda mi vida poder volver a ver a mi hijo muy pronto no me siento bien de salud somos una familia muy unida y nuestro mayor anhelo es volver a estar juntos y que esta pesadilla solo sea un mal recuerdo que pronto sanaremos.

Muchas gracias por su atención, DIOS los bendiga e ilumine y tomen una sabia decisión y por favor consideren mis suplicas que son las más sinceras de una honesta madre.


Gracias:

*Filena Torres de Pineda.*

Letter from inmate John Pineda's Son

Judge.

Recently I became aware of the situation my father is living in. It was very hard to know of this and of the real situation that is happening to our family.

I would like to say that my father is one of the hardest working people I know. Because he worked hard to show his children all the love he has for us; that happiness is your family. That this incident happened was heart wrenching, that for a period of time (so far undefined awaiting his verdict), we are separated from him, bone and everything. So the fightingand working for what he honestly most loved, now must be, in short, very hard because of the fact he cannot see any of his loved ones in a strange place.

My father is a person of environment, one which only feels good when he is next to loved ones. I remember those times when he came home from work and we kissed and hugged. The greatest love the world and his smile reflected the happiness of being with his loved ones. Beyond that it made him very happy to be followed by my mother to see and greet my brothers with whom he also has a very affectionate relationship. Today his absence hurts me. Not to see him every day as before or to see his personality, so open and happy, that you noticed he no longer has now. Sometimes I cry because it's very hard not knowing when your father returns or if it will be okay. I will suffer much because I know he is a very emotional person. When I can talk to him on the phone it shows that he tries to impose a state of mind that I behave in a way that will give an example to the rest of my brothers.

My brothers have no knowledge of this because we know that the reaction to them will not be the best and could not assimilate the best way.

The youngest of my brothers, a 5-year-old, asks why Papa does not come, when he returns, I say because Papa is working so much. It is very difficult to find excuses for a child who questions everything and that has too much innocence.

Judge read all the attention of the world in these writings, I implore my father is not bad to be in a prison in a different country with a different language. He is a person who should be at home with the people he loves, I know that my family is suffering because my father is very loved by all people, he is a collaborator, worker, sentimental, right. He is in that place for a problem which I have no knowledge of, but I know my father well enough to say he would not do anything to hurt another human being. I know that emissions from it are fragile and being away from family and loved ones is something which upsets you. My father is hurting very much.

Please consider our situation. Children, most of them in the age of adolescence and puberty in which parents are important and indispensable for these stages, a mother with health problems and with a strong attachment to her son, several sad relatives in the absence of a loved one, a wife trying to hold 4 children herself and most importantly: a man who knows everything that is happening to his family due to his absence and the great pain that lives daily for not being there for them. All these people are waiting and praying to God that you make the right decision in this case.

Judge sadness is so great that my grandmother to write his letter could not write and cried, she cried like everyone else who made cards for you because at stake is the freedom of my father, and we pray your verdict is the best so the nerves and sadness that invaded us by writing these letters for you are gone. I just hope you read them very well because they cost us pain and tears to write.

Judge whenever I pray, I ask God for the early return of my father and you and the people you touch judge my father and understand

and take into account the situation of the whole Pineda Torres, Pineda Montaño family and others.

Thank you for your attention and dedication that puts you in case of my father and the letters he sent his family.


Cristian Andrés Pineda Montaño.

# EXHIBIT

# E

Cali Colombia 27 de junio del 2016

Carta del hijo del recluso John Fredy Pineda.

Sra. Juez:

Hace poco tiempo tuve conocimiento de la situación que hoy en día está viviendo mi padre. Fue algo muy duro saber de esto y de la verdadera situación que está pasando nuestra familia.

Yo le quiero decir, que mi padre es una de las personas más trabajadoras que conozco porque lo hacía para sacar a sus hijos adelante por todo el amor que nos tiene, que la felicidad de él es su familia, que este incidente sucedido fue una noticia desgarradora para el porqué por un plazo de tiempo (hasta ahora indefinido a espera de su veredicto), lo están separando de todo lo de él, ósea todo por lo que el luchaba trabajando honradamente lo que el mas amaba, ahora debe encontrarse en una penuria muy dura por el hecho de no ver a ninguno de sus seres queridos en un lugar extraño.

Mi padre es una persona de ambiente la cual solo se siente bien cuando esta junto a seres queridos. Recuerdo aquellos momentos en los que él llegaba del trabajo y nos besaba y abrazaba con el mayor amor del mundo y su sonrisa reflejaba la felicidad de estar junto a sus seres queridos, aparte de eso a él lo hacía muy feliz ir seguido donde su madre a verla y a saludar a sus hermanos con los cuales él también tiene una relación muy afectiva. Hoy su ausencia me hiere el no verlo todos los días así como antes y ver su personalidad tan abierta y feliz la cual usted notara que él ya no tenga ahora. En ocasiones he llorado porque es muy duro no saber cuándo regrese tu padre o si estará bien, que come, que tanto estará sufriendo porque sé que él es una persona muy emocional. Cuando logro hablar con él al teléfono se nota que intenta imponer un estado de ánimo, de que me porte bien, de que le dé un ejemplo al resto de mis hermanos.

En tanto a mis hermanos ellos no tienen conocimiento de esto porque sabemos que la reacción en ellos no será la mejor y no la podrían asimilar de la mejor forma.

El menor de mis hermanos con 5 años de edad dice que porque papa no viene, que cuando vuelve, que porque papa está trabajando tanto. Es muy difícil buscar excusas para un niño que todo lo pregunta y que tiene demasiada inocencia.

Sra. Juez lea con toda la atención del mundo estos escritos, le imploro mi padre no es una persona mala para estar en una prisión en un país distinto con otro idioma. Él es una persona que debe estar en su hogar junto a las personas que ama, yo sé que mi familia está sufriendo porque mi padre es un ser muy querido por todos, él es colaborador, trabajador, sentimental, correcto. Si él se encuentra en ese lugar ha de ser por un problema del cual no tengo conocimiento pero conozco muy bien a mi padre como para decir que él no haría algo que dañara a otro ser humano, sé que las emisiones de él son frágiles y el estar lejos de sus familiares y personas queridas es algo trastornan te lo cual sé que está hiriendo mucho a mi padre.

Por favor piense nuestra situación, uno hijos la mayoría de ellos en edad de adolescencia y pubertad en la cual los padres son importantes e indispensables para estas etapas, una madre con problemas de salud y con un gran apego a su hijo, varios parientes tristes por la ausencia de un ser querido, una esposa intentando sostener 4 hijos ella sola y lo más importante: un hombre que sabe todo lo que le está pasando a su familia debido a su ausencia y el gran dolor con el que vive a diario por no estar para ellos. Todas estas personas incluyéndome esperando y suplicando a Dios que usted tome la decisión más correcta debido a este caso.

Sra. Juez la tristeza es tanta que mi abuela al escribir su carta tubo una impotencia en las manos no podía escribir y lloraba, lloraba al igual que todos los demás que hicimos cartas para usted porque está en juego la libertad de mi padre, y rogamos que su veredicto sea el mejor por eso los nervios y la tristeza nos invaden al escribir estas cartas para usted. Solo espero que las lea muy bien porque nos costaron dolor y lágrimas escribirlas.

Sra. Juez cada vez que yo oro pido a Dios el pronto regreso de mi padre y que usted y las personas a las que les toque juzgar a mi padre entiendan y tomen en cuenta la situación de toda la familia Pineda Torres, Pineda Montaño y demás.

Gracias por la atención y la dedicación que le pone al caso de mi padre y a las cartas que le mandamos los familiares de él.


ATT:       *Cristian Andrés Pineda Montaño.*

Letter from inmate John Pineda's Mother

Judge:

Best regard.

With the respect that you deserve I speak to you, I am the mother of John Fredy Pineda Torres who is being held at the US prison in citrus country.

Judge, I beg, I beg you to have mercy on my son, we are in the hands of God and you, John Fredy Pineda is an excellent father, husband, son and brother.

We have been victims of nature by the earthquake that occurred in 1979 on the Pacific coast in which my husband died and left me alone pregnant and with 8 children.

My pregnancy with John Fredy Pineda was high risk. I was very sick when he was born I was diagnosed with a heart murmur, he is now well thanks to God alone and he is a little nervous not to support heights and that worries me even more.

 But despite these drawbacks I've managed to get ahead with good principles and values instilled in them, teach them to work honestly, and live from fishing and agriculture. We have a farm from which we have been displaced by violence by armed groups found in this area. Because we find it difficult not to return to our land, we will occasionally visit and it was during one of those visits to his homeland where John Fredy Pineda, my son, did not return. I do not know what happened but what I am sure of is that my son is a good man, hardworking and honest and will not cause harm to any human being. Having children, we know the pain that drugs cause pitifully in our country. They have the power to become

owners of lives and make decisions for the people they please and the worst part is that you cannot resist these people because they lead this life if they please. That's why I dare to ask you to please consider the damning verdict and assure you that we are only victims.

I am a mother who suffers from the absence of her son. We do not choose to live this situation. I talk with hand on heart wishing with all my life to get to see my son very soon. I do not feel in good health. We are a close-knit family and our greatest desire is to be back together and that this nightmare will only be a bad memory that will heal soon.

Thank you very much for your attention, God bless and enlighten you to make a wise decision and please consider that my prayers are sincere in an honest mother.


Thank you:

 Filena Torres de Pineda.